UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| THE CITY OF KANSAS CITY, MISSOURI, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 4:14-cv-00430-BCW |
| v. | ) ) | |
| LYFT, INC., JOHN DOE AND JANE DOE, | ) ) ) | |
| Defendants. | ) | |

**CORPORATE DISCLOSURE STATEMENT**

Defendant Lyft, Inc. ("Lyft"), by its undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1, hereby files this Corporate Disclosure Statement:

Lyft is a privately held corporation. Lyft has no parent corporation and there is no publicly held corporation that owns ten percent or more of Lyft's stock.

Respectfully submitted,

DATED: May 14, 2014         **DENTONS US LLP**

By: /s/ Patrick A. McInerney
  Patrick A. McInerney    MO Bar # 37638
  Carly D. Duvall      MO Bar # 61925
  Jonathan T. Steele    MO Bar # 63266
  4520 Main Street, Suite 1100
  Kansas City, Missouri 64111
  Tel: 816-460-2400
  Fax: 816-531-7545
  Email:  patrick.mcinerney@dentons.com
       carly.duvall@dentons.com
       jonathan.steele@dentons.com

ATTORNEYS FOR DEFENDANT LYFT, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of May, 2014, a true and accurate copy of the foregoing document was filed utilizing the court's CM/ECF system, which will serve notice of filing of the foregoing document on the following counsel:

G. Steven Diegel
Kathy Adams
Associate City Attorneys
2800 City Hall
414 East 12th Street
Kansas City, MO 54106
steven.diegel@kcmo.org
kathy_adams@kcmo.org

ATTORNEYS FOR PETITIONER

/s/ Patrick A. McInerney